## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 310 MAL 2020

Respondent

:    Petition for Allowance of Appeal
:    from the Order of the Superior Court

v.

JOVON JAVAR DESHIELDS,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.